Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendant
LYON COUNTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEAN LAUGHLIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LYON COUNTY, NYE COUNTY and DOES 1-10,<br><br>　　　　　Defendants. | CASE NO. 3:18-cv-00467-LRH-WGC<br><br>**STIPULATION AND ORDER SCHEDULING SETTLEMENT CONFERENCE** |

COMES NOW PLAINTIFF, SEAN LAUGHLIN, and Defendants, LYON COUNTY, NYE COUNTY, and DEPUTY MURPHY, by and through their respective attorneys, and stipulate and agree to the scheduling of a settlement conference to be conducted by Magistrate Judge Robert McQuaid on February 7, 2018, at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties further stipulate and agree, and the Court so orders, that this matter shall be stayed pending the conclusion of the settlement conference of February 7, 2018. If the matter does not resolve at the settlement conference, Plaintiff will have sixty (60) days to serve the first Amended Complaint.

| | |
|---|---|
| DATED: this 12th day of December, 2018<br><br>LAW OFFICES OF TERRI KEYSER-COOPER<br><br>By: **/s / Terri Keyser-Cooper**<br>    Terri Keyser-Cooper<br>    3590 Barrymore Drive<br>    Reno, Nevada 89512<br><br>DATED: this 12th day of December, 2018<br><br>By: **/ s / Donald W. Cook**<br>    Donald W. Cook, Esq.<br>    3435 Wilshire Blvd., Suite 2910<br>    Los Angeles, CA 90010<br>    *Attorneys for Plaintiff* | DATED: this 12th day of December, 2018<br><br>ERICKSON THORPE & SWAINSTON, LTD.<br><br>By: **/ s / Brent Ryman**<br>    Brent Ryman, Esq.<br>    99 W. Arroyo Street<br>    PO Box 3559<br>    Reno, Nevada 89505<br>    *Attorney for Defendant*<br>    *Nye County* |
| DATED this 12th day of December, 2018.<br><br>THORNDAL ARMSTRONG<br> DELK BALKENBUSH & EISINGER<br><br>By: **/ s / Katherine F. Parks**<br>    Katherine F. Parks, Esq.<br>    6590 S. McCarran Blvd., Suite B<br>    Reno, Nevada 89509<br>    (775) 786-2882<br>    kfp@thorndal.com<br>    *Attorneys for Defendant*<br>    *Lyon County* | |

**ORDER**

IT IS SO ORDERED.

DATED: December 13, 2018.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE