IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

SEAN LAUGHLIN,

    Plaintiff,

vs.

LYON COUNTY, NYE COUNTY, and DOES 1-10,

    Defendants.

Case No.: 3:18-cv-00467-LRH-CBC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

COMES NOW, the parties, by and through their respective Attorneys of Record, and hereby stipulate that the above-entitled action may be dismissed, with prejudice, with all parties to bear their own court costs and attorney's fees.

DATED this 14th day of March, 2019.

    ERICKSON, THORPE & SWAINSTON, LTD.

    /s/ Brent Ryman
    BRENT L. RYMAN, ESQ. (#008648)
    ERICKSON, THORPE & SWAINSTON, LTD.
    99 West Arroyo Street
    Reno, Nevada 89505
    (775) 786-3930

1

*Attorneys for Defendants Murphy and Nye County*

DATED this 12th day of March, 2019.

*[signature]*

KATHERINE F. PARKS, ESQ.
Thorndal, Armstrong, Delk, Balkenbush, & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
*Attorneys for Defendant Lyon County*

///

DATED this 12 day of March, 2019.

*[signature]*

TERRI KEYSER-COOPER, ESQ. (#003984)
Law Office of Terri Keyser-Cooper
3590 Barrymore Drive
Reno, Nevada 89512-1401
(775) 337-0323
*Attorneys for Plaintiff*

///
///

**ORDER**

Upon good cause appearing,

IT IS SO ORDERED.

DATED this 15th day of March, 2019.

*[signature]*

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE